Decided May 2, 2003

JOSEPH TARNOWSKY *v.* PETER SOCCI ET AL.

The petition by the named defendant, Peter Socci, for certification for appeal from the Appellate Court, 75 Conn. App. 560 (AC 22905), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the plaintiff's action against the named defendant was not barred by General Statutes § 52-584?"

The Supreme Court docket number is SC 16992.

*James V. Somers* and *N. Kane Bennett*, in support of the petition.

*Brenden P. Leydon*, in opposition.

Decided May 2, 2003